**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI RENEK, ) | CASE NO.  ED CV 08-00548 (RZ) |
| ) | |
| Plaintiff, ) | |
| ) | JUDGMENT |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: December 15, 2008

/s/
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE